# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2683
LT Case No. 2020-CF-33592-A-X

_____

STATE OF FLORIDA,

   Appellant,

   v.

CAMERON MICHAEL CRANDALL,

   Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Stephen G. Henderson, Judge.

Ashley Moody, Attorney General, Alyssa M. Williams and
Rebecca Rock McGuigan, Assistant Attorney Generals, Daytona
Beach, for Appellant.

Matthew J. Metz, Public Defender, and Louis A. Rossi, Assistant
Public Defender, Daytona Beach, for Appellee.

December 15, 2023

PER CURIAM.

   REVERSED and REMANDED for resentencing. *See* Fla. R.
Crim. P. 3.701(d)(14); *State v. Marshall*, 869 So. 2d 754 (Fla. 5th
DCA 2004).

MAKAR, HARRIS, and MACIVER, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————